IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL CUNNINGHAM,
      Plaintiff,

v.                                               Case No. 3:11cv271/MCR/CJK

ERIC D. STEVENSON, et al.,
      Defendants.

## **ORDER**

      This cause is before the court upon plaintiff's civil rights complaint, filed pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff also asserts pendent state law claims. The filing fee has been paid. Plaintiff is informed that he is responsible for serving the complaint, so the defendants may respond to his allegations. Federal Rule of Civil Procedure 4 governs service of process in federal civil actions. Plaintiff should review the text of that and any other relevant rules before attempting to serve the defendants through personal service or waiver. Plaintiff is warned that he must effect service within 120 days from the date of filing the complaint, or this cause may be dismissed. *See* Fed. R. Civ. P. 4(m).

      Accordingly, it is ORDERED:

      1. The Clerk shall issue a summons for each defendant and deliver the summonses to plaintiff. Plaintiff is responsible for prompt service of the summonses and complaint.

2.  After a notice of appearance has been filed by a defendant, plaintiff shall be required to mail to the attorney for that defendant a copy of every pleading or other paper submitted for consideration by the court.  Plaintiff shall include with any paper submitted for filing a certificate of service stating the date a correct copy of the paper was mailed to that defendant or to the attorney representing that defendant.  Any paper submitted for filing that does not contain a certificate of service shall be returned by the Clerk and disregarded by the court.  *See* Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(D).

3.  In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If plaintiff wishes to consent he should sign the form and forward it to counsel for a defendant, who, if that defendant consents, shall sign and forward it to counsel for the remaining defendant(s), who shall return it to the Clerk only if all defendants have consented.

DONE AND ORDERED this 13th day of June, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE