**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


MICHAEL CUNNINGHAM,

     Plaintiff,

v.                                    Case No. 3:11cv271/MCR/CJK

MATTHEW HALE BAXTER and
GARY MONTEE,

     Defendants.

_____/

## FINAL JUDGMENT

     This action came before the court for a jury trial with the undersigned presiding. Following a trial on all issues, the jury rendered a verdict in favor of the defendants on June 20, 2013.

     Accordingly, final judgment is hereby entered in favor of the defendants, MATTHEW HALE BAXTER and GARY MONTEE, and against the plaintiff, MICHAEL CUNNINGHAM, with costs taxed against the plaintiff.

     **SO ORDERED** this 21st day of June, 2013.


                              s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**